United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-60289
Summary Calendar

_____

SHAUNDRA MEANS,

Plaintiff-Appellant,

versus

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1-02-CV-662-GR

_____

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Shaundra Means appeals the district court's judgment, not arguing error in the merits of that disposition, but only error in the court's setting aside a default judgment in her favor. The court did not err in doing so, for the reasons given in its order of April 23, 2003.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.